**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANTHONY HILL,**

**Plaintiff,** :

**v.**

**PUBLIC UTILITIES COMMISSION OF OHIO (PUCO), *et al.*,** :

**Defendants.**

**Case No. 2:26-cv-558**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the Order and Report and Recommendation ("OR&R") issued by the Magistrate Judge on July 31, 2026. (ECF No. 11.) Therein, the Magistrate Judge granted Anthony Hill's request to proceed *in forma pauperis* but recommended that the Court dismiss this action under 28 U.S.C. § 1915(e)(2)(B) for lack of subject-matter jurisdiction and for failure to state a claim upon which relief may be granted. (*Id.*)

The parties were advised of the right to file objections to the OR&R and of the consequences of failing to do so. (OR&R, PAGEID # 22.) The time for filing objections has passed, and no objections have been filed.

Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the OR&R (ECF No. 11). This action is **DISMISSED** for lack of subject-matter jurisdiction and for failure to state a claim on which relief can be granted.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**